CITY OF KANSAS CITY, Missouri, Respondent,

v.

Stephen HENDERSON, Appellant.

No. WD 33075.

Missouri Court of Appeals, Western District.

Nov. 2, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 4, 1983.

Stephen Henderson, pro se.

Aaron A. Wilson, Jack H. Schrimsher, Dennis E. Lee, Kansas City, for respondent.

Before NUGENT, P.J., and TURNAGE and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from judgment of circuit court finding appellant guilty of keeping more than four dogs in a residence in Kansas City, Missouri, under Section 6.26 of the Revised Ordinances of Kansas City, Missouri, as amended.

Judgment affirmed. Rule 84.16(b)